**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE No.: 6:20-cv-01059-ACC-DCI

TAVIA WAGNER,

    Plaintiff,

vs.

ALEGRIA INVESTMENTS LLC, and
PRINCE TADROS, LLC, d/b/a MOLLY
HATCHET'S SUB SHOP,

    Defendants.
_____/

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff TAVIA WAGNER, by and through her undersigned counsel, hereby files this Stipulation of Voluntary Dismissal, without prejudice, of this action, against Defendants, ALEGRIA INVESTMENTS LLC, and PRINCE TADROS, LLC, d/b/a MOLLY HATCHET'S SUB SHOP, and requests said Defendants be dismissed without prejudice. Plaintiff has been informed that Defendant ALEGRIA INVESTMENTS LLC, is in the process of having the building demolished, and Defendant PRINCE TADROS, LLC, d/b/a MOLLY HATCHET'S SUB SHOP, will be vacating the property as of August 15, 2020.

Plaintiff respectfully requests that this Honorable Court enter an Order without prejudice, subject to the right of any party, within sixty days from the date of said Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause show, to reopen the case for further proceedings, should the above referenced demolition and/or closure not occur.

Respectfully submitted this 3rd day of August 2020.


By: /s/Joe M. Quick, Esq.
    Joe M. Quick, Esq.
    Florida Bar No.: 0883794
    Law Offices of Joe M. Quick, P.A.
    *Counsel for Plaintiff*
    1224 S. Peninsula Drive #619
    Daytona Beach, Florida 32118
    Tel: (386) 212-3591
    E-mail: JMQuickesq@gmail.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 3rd day of August 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

    By: /s/Joe M. Quick, Esq.
Joe M. Quick, Esq.
Florida Bar No.: 0883794
Attorney for Plaintiff
Law Offices of Joe M. Quick, P.A.
1224 S. Peninsula Drive #619
Daytona Beach, Florida  32118
Tel: (386) 212-3591
E-mail: JMQuickesq@gmail.com